# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RALPH O. DOUGLAS, | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. H-05-0851 |
| DOUG DRETKE, | § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

SIGNED at Houston, Texas, on this 26th day of October, 2005.

_____

DAVID HITTNER

United States District Judge